**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

LISA K. OLIVA,

               Plaintiff,

v.

M&T BANK, EQUIFAX INFORMATION
SERVICES, LLC, TRANS UNION LLC,

               Defendants.

Case No. 2:18-cv-00661-JAD-CWH

**JOINT STIPULATION AND ORDER
EXTENDING DEFENDANT TRANS
UNION LLC'S TIME TO ANSWER OR
OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

**(FIRST REQUEST)**

      COMES NOW Lisa K. Oliva ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Answer or Otherwise Respond to Plaintiff's Complaint.

      On April 12, 2018, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 7, 2018. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to file responsive pleadings to Plaintiff's Complaint until June 6, 2018. This is the first stipulation

///
///
///
///

for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: May 1, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____/s/ Jason G. Revzin_____
Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
Counsel for Trans Union LLC


**HAINES & KRIEGER, LLC**

_____/s/ Rachel B. Saturn_____
David H. Krieger
Nevada Bar No. 9086
Rachel B. Saturn
Nevada Bar No. 8653
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518
Email: dkrieger@hainesandkrieger.com
          rachel@hainesandkrieger.com
Counsel for Plaintiff


**ORDER**


IT IS SO ORDERED.


Dated May 2, 2018

_____
UNITED STATES MAGISTRATE JUDGE