David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, LISA K. OLIVA*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LISA K. OLIVA, | Case No. 2:18-cv-00661-JCM-CWH |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION</u> ONLY** |
| v. | |
| M&T BANK; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC, | |
| Defendants. | |

Plaintiff LISA K. OLIVA and Defendant TRANS UNION, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice

…

…

…

…

…

…

…

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, TRANS UNION, LLC**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: September 13, 2018

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Jason G. Revzin, Esq. |
| David H. Krieger, Esq. | Jason G. Revzin, Esq. |
| Nevada Bar No. 9086 | Nevada Bar No. 8629 |
| HAINES & KRIEGER, LLC | LEWIS BRISEBOIS BISGAARD & SMITH LLP |
| 8985 S. Eastern Avenue | |
| Suite 350 | 6385 S. Rainbow Blvd Suite 600 |
| Henderson, Nevada 89123 | Las Vegas, NV 89118 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 19, 2018